IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GABRIEL M. ROSS**                                                  **PLAINTIFF**

**v.**                                **CAUSE NO. 1:21cv218-LG-RPM**

**JASON PAYNE, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

    **IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit be **DISMISSED WITHOUT PREJUDICE.**

    **SO ORDERED AND ADJUDGED** this the 22nd day of November, 2021.

                                                            s/ *Louis Guirola, Jr.*
                                                            LOUIS GUIROLA, JR.
                                                           UNITED STATES DISTRICT JUDGE